FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN 14 2016

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CRIMINAL NO. 16-133 MV |
| Plaintiff, ) | |
| ) | |
| vs. ) | 18 U.S.C. §§ 1153, 2241(c), and |
| ) | 2246(2)(D): Aggravated Sexual Abuse. |
| **JUAN LARRY LUJAN,** ) | |
| ) | |
| Defendant. ) | |

# INDICTMENT

The Grand Jury charges:

Between on or about November 30, 2011, to on or about November 30, 2013, in Indian Country, in Valencia County, in the District of New Mexico, the Defendant, **JUAN LARRY LUJAN,** an Indian, unlawfully and knowingly engaged in a sexual act with Jane Doe, who had not attained the age of twelve (12), and the sexual act consisted of the intentional touching of Jane Doe's genitalia, not through the clothing, by the Defendant's hand, with the intent to abuse, humiliate, harass, degrade, arouse and gratify the sexual desire of any person.

In violation of 18 U.S.C. §§ 1153, 2241(c), and 2246(2)(D).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney

01/08/16  3:39PM